| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2016 to 01/09/2017
**Chapter 13 Case No. 13-29999 / CMG**

Elvis Micich
Lakbira Micich
2 Glenn Oaks Court
Old Bridge  NJ     08857

Petition Filed Date: 09/12/2013

341 Hearing Date: 10/10/2013

Confirmation Date: 11/13/2013

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2016 | $420.00 | 1770411631 | 01/20/2016 | $420.00 | 1770411818 | 02/23/2016 | $420.00 | 1770412003 |
| 03/16/2016 | $420.00 | 1770412116 | 04/19/2016 | $428.00 | 1770412350 | 05/24/2016 | $420.00 | 17348663595 |
| 06/21/2016 | $420.00 | 17421008522 | 07/12/2016 | $420.00 | 17421008594 | 08/30/2016 | $420.00 | 17457225210 |
| 09/27/2016 | $420.00 | 17348688229 | 10/28/2016 | $420.00 | 17457225432 | 12/14/2016 | $420.00 | 17483985226 |
| 12/28/2016 | $420.00 | 17457225509 | | | | | | |

**Total Receipts for the Period: $5,468.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,416.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Elvis Micich | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $1,161.00 | $1,161.00 | $0.00 |
| 1 | BANK OF AMERICA<br>»» 06 FORD FREESTAR | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $261.76 | $0.00 | $261.76 |
| 3 | Ocwen Loan Servicing, LLC<br>»» NP/1509 72ND/1ST MTG/SURR IN FULL SAT (PLAN)/ONEWEST | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | Wells Fargo Dealer Services<br>»» 08 VW GTI | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | Wells Fargo Financial National Bank<br>»» FREEHOLD AFS | Secured Creditors | $2,381.01 | $2,368.97 | $12.04 |
| 6 | CAPITAL ONE AUTO FINANCE<br>»» 12 NISSAN ALTIMA | Debt Secured by Vehicle | $20.00 | $15.09 | $4.91 |
| 7 | OCWEN LOAN SERVICING, LLC<br>»» P/2 GLENN OAKS CT/1ST MTG | Mortgage Arrears | $10,971.70 | $8,575.28 | $2,396.42 |
| 8 | TOWNSHIP OF OLD BRIDGE<br>»» PROP TAXES 2 GLENN OAKS CT | Secured Creditors | $399.38 | $399.38 | $0.00 |
| 9 | Green Tree Servicing, LLC<br>»» CRAM TO $0/2 GLENN OAKS CT/2ND MTG**SEE BELOW | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10 | ALTAIR OH XIII, LLC<br>»» CAPITAL ONE | Unsecured Creditors | $428.88 | $0.00 | $428.88 |
| 11 | ALTAIR OH XIII, LLC<br>»» CAPITAL ONE | Unsecured Creditors | $1,979.51 | $0.00 | $1,979.51 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GE CAPITAL/TJX REWARDS | Unsecured Creditors | $228.18 | $0.00 | $228.18 |

Chapter 13 Case No. 13-29999 / CMG

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 1/9/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,416.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $12,519.72 | Current Monthly Payment: | $421.00 |
| Paid to Trustee: | $826.59 | Arrearages: | $422.00 |
| Funds on Hand: | $3,069.69 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for
  more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.