B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of <u>New Jersey</u>

In re   Elvis Micich                                    Case No.  13-29999-CMG
        Lakbira Micich

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee For Pretium Mortgage Acquisition Trust | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

Wilmington Savings Fund Society, FSB
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Court Claim # (if known):  10-2
Amount of Claim:  $292,342.75 (secured)
Date Claim Filed: 1/8/2014
Date Amended Claim Filed: **1/9/2014**

Phone: _____          Phone: _____
Last Four Digits of Acct #: **8404**              Last Four Digits of Acct #: **8375**

Name and Address where transferee payments should be sent (if different from above):

Wilmington Savings Fund Society, FSB
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: **8404**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Brian E. Caine, Esq.</u>                      Date:  <u>3/22/17</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing transfer of claim has been served on the following:

Elvis Micich
2 Glenn Oaks Court
Old Bridge, NJ 08857
**Debtors – Served Via Regular Mail**

Lakbira Micich
2 Glenn Oaks Court
Old Bridge, NJ 08857
**Debtors – Served Via Regular Mail**

William H. Oliver, Jr.
William H. Oliver, JR
2240 State Highway 33
Suite 112
Neptune, NJ 07753
**Debtors' Attorney – Served Electronically & Regular Mail**

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
**Chapter 13 Trustee-Served Electronically & Regular Mail**

Signed: /s/ Brian E. Caine    Title: Attorney    Date: 3/22/2017
Direct Telephone No. 856-985-4059    Mail, Fax or Email address:
bcaine@parkermccay.com