Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  13−29999−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elvis Micich | Lakbira Micich |
| 2 Glenn Oaks Court | 2 Glenn Oaks Court |
| Old Bridge, NJ 08857 | Old Bridge, NJ 08857 |

Social Security No.:
  xxx−xx−5084                               xxx−xx−5330

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 30, 2017</u>             <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court